# STATE OF VERMONT

| SUPERIOR COURT | CIVIL DIVISION |
| --- | --- |
| Windsor Unit | Docket No. 32-1-19 Wrcv |

Steward Ownership Trust, Inc., vs. Lorentz Etc., I

## ENTRY REGARDING MOTION

USDC - DVT
2:19-cv-26

Count 1, Preliminary Injunction (32-1-19 Wrcv)
Count 2, Preliminary Injunction (32-1-19 Wrcv)
Count 3, Preliminary Injunction (32-1-19 Wrcv)

| | |
| --- | --- |
| Title: | Motion for Preliminary Injunction (Motion 1) |
| Filer: | Steward Ownership Trust, Inc., |
| Attorney: | Michael F. Hanley |
| Filed Date: | January 29, 2019 |

No response filed

**The Clerk shall schedule a MOTION HEARING for 1 hour . This looks as though it is a legal issue as to whether one who has not signed an arbitration agreement, contained within an LLC's operating agreement may nonetheless be bound by it if he purchases 75% of the "distributional interest" of said LLC. If this will take more than one hour, the parties shall so inform the clerk. .**

Electronically signed on January 30, 2019 at 01:50 PM pursuant to V.R.E.F. 7(d).

_____
Michael R. Kainen
Superior Court Judge

Notifications:

Michael F. Hanley (ERN 3505), Attorney for Plaintiff Steward Ownership Trust, Inc.,

Electronically Filed Windsor Docket #  32-1-19 Wrcv 01/30/2019